JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN EDWARD MORA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LT. WILLIAMS, et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-02708-CJC (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: November 29, 2022

_____
HONORABLE CORMAC J. CARNEY
United States District Judge